IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Civil Case No.  05-cv-01885-REB-BNB

SUNRISE MEDICAL HHG INC., a California Corporation,

 Plaintiff,

v.

WESTIN B. MICK, an individual, and
PERMOBIL, INC., a Tennessee Corporation,

 Defendants.

---

# ORDER

---

**Blackburn, J.**

 This matter is before me is the plaintiffs' Motion for Temporary Restraining Order and Preliminary Injunction [#2], filed September 29, 2005.[1]   A response is necessary to elucidate the issues raised by or inherent to plaintiff's motion.

 **IT IS ORDERED** as follows:

 (1) That defendants shall have until close of business on **Monday, October 3, 2005**, to file a response to the motion;

 (2) That based on the parties' papers, the court may rule on the papers, conduct an evidentiary hearing, or entertain oral argument; and

---

[1]  Plaintiffs' motion and attendant memorandum exceed the page limitations proscribed by my Civil Practice Standards by twenty-three pages.  (*See* REB Civ. Practice Standard V.A.1.)  All counsel are hereby admonished to forthwith familiarize themselves with these Civil Practice Standards and henceforth to proceed in conformance therewith.

(3) That plaintiffs **SHALL SERVE** defendants with copies of the complaint, their

motion and brief, and this order as soon as practicable.

Dated September 30, 2005, at Denver, Colorado.

BY THE COURT:


s/ Robert E. Blackburn
Robert E. Blackburn
United States District Judge