IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-01885-REB-BNB

SUNRISE MEDICAL HHG INC., a California corporation,

Plaintiff,

v.

WESTIN B. MICK, an individual, and
PERMOBILE, INC., a Tennessee corporation,

Defendants.
_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

    IT IS ORDERED that the **Plaintiff's Unopposed Motion to Vacate Hearing on Its Motion for Limited Expedited Discovery**, filed October 12, 2005, is GRANTED.

DATED:  October 13, 2005