## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
## Judge Robert E. Blackburn

Civil Case No.  05-cv-01885-REB-BNB

SUNRISE MEDICAL HHG, INC., a California corporation,

      Plaintiff,

v.

WESTIN B. MICK, and
PERMOBIL, INC., a Tennessee corporation,

      Defendants.

## ORDER OF DISMISSAL

**Blackburn, J.**

On October 21, 2005, that parties filed a **Stipulation for Dismissal With Prejudice** [#37].  After careful review of the stipulation and the file, the court has concluded that the stipulation should be approved and that this action should be dismissed with prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1.  That the **Stipulation for Dismissal With Prejudice** [#37], filed on October 21, 2005, is **APPROVED**; and

2.  That this action is **DISMISSED WITH PREJUDICE**, each party shall pay its own attorney fees and costs.

Dated October 24, 2005, at Denver, Colorado.

                                                          BY THE COURT:

                                                          s/ Robert E. Blackburn
                                                          Robert E. Blackburn
                                                          United States District Judge